FILED
JAMES BONINI
CLERK

06 AUG -8 PM 4: 16

**PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES**

Name:  Sherry Alexander                   Docket #:  CR 1-99-033 and CR 1-02-171

Judge:  The Honorable Sandra S. Beckwith, Chief United States District Judge

You have been ordered by the United States District Court to pay a special assessment of $100 in each case (Alexander paid $100 special assessment in case number CR 1-99-033), restitution of $17,062.24 (remaining balance in case number CR 1-99-033) and $28,645.94 in case number CR 1-02-171, as a condition of supervised release.

**Probation Officer's Recommendation:**

**It is the recommendation of the Probation Officer that the court order a payment schedule in the** amount of $10.00 commencing on August 5, 2006. This is based on the fact that Alexander is unemployed and financially supported by her boyfriend.

_____          7/7/06
U. S. Probation Officer                         Date

**Order of the Court:** The Court orders minimum monthly payments of $ 10 —  to commence on 8/5/06 and to continue until the debt is satisfied or the Court alters the payment schedule.

_____          7/10/06
Signature of Judicial Officer                  Date

**Instructions to offender:** Payments must be in the form of a Money Order, Certified Check or Cashier's Check. **Personal checks will not be accepted.** The check or money order must be made payable to: Clerk, U.S. District Court. Please reference the docket # listed above on the check or money order. Submit the payment directly to the Clerk of Courts at:

United States Clerk of Courts
324 Potter Stewart U. S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202

Note: Your restitution/fine bears or does not bear (strike one) interest. There could be additional monetary penalties for payments that come past due as outlined in the attached General Instructions Regarding Special Assessments, Restitution and Fines for Persons Under Supervision. I agree to make payments as outlined above. I understand that failure to abide by this agreement could result in revocation of my supervision and other penalties. If for any reason I am unable to make a scheduled payment, I will contact my Probation Officer immediately to advise. I hereby acknowledge that I have received a copy of this schedule and agreement.

_S. Alexander_____          8-1-06
Defendant                                        Date

_____          8/8/06
U.S. Probation Officer                        Date

Original: Probation file
Copies: Defendant, Clerk of Court, US Attorney office, FLU