**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

AH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHERRY ALEXANDER,<br>Defendant. | Case No. __1:99cr33 & 1:02cr171__<br>(Hogan, MJ.)<br><br>2006 NOV -7 PM 4:52<br><br>**CRIMINAL MINUTES before**<br>**Magistrate Judge Timothy S. Hogan** |

Courtroom Deputy: Arthur Hill
Court Reporter: none present
Date/Time: November 7, 2006 at 1:30 PM

United States Attorney: _Jeb Terrien_     Defendant Attorney: _Richard Smith-Monahan, AFPD_

*Initial Appearance Hearing on* [] Complaint; [] Indictment; [] Information; or [X] petition for probation / supervised release
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed. FPD

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
$10,000  Plaintiff Witness _____ Defendant Witness _____
[X] OR    [ ] Secured with _____  [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied   Case cont'd to
AUSA Witnesses: _____  Defendant Witnesses: _____   J. Beckwith

AUSA Exhibits: _____  Defendant Exhibits: _____

[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [] Indictment or [] Information:
Defendant waives reading of: [ ] Indict    [ ] Info  [ ] Indict Read   [ ] Info Read
Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: