AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

2006 NOV -7 PM 4:52

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

v.

Sherry Alexander

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:94cr-33
1:02cr-171

I, __Sherry Alexander__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3565__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_S. Alexander_
Defendant

[signature]
Counsel for Defendant

11/7/06
Date