AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____Ohio_____

UNITED STATES OF AMERICA

V.

Sherry Alexander
c/o Butler County Sheriff's Department

**WARRANT FOR ARREST**

Case Number:   1:99-cr-33 & 1:02-cr-171

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____SHERRY ALEXANDER_____
                                                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation   Probation Violation Petition

charging him or her        (brief description of offense)

See Petition attached

in violation of _____ United States Code, Section(s) _____

Mary C. Brown
Name of Issuing Officer

*/s/ M. C. Brown*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 1, 2006 at Cincinnati, Ohio
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| Butler Co. Jail, Hamilton, OH |

| DATE RECEIVED 11/07/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/07/06 | Micah R. Stevenson DUSM | */s/ Micah R. Stevenson* |

AO 442 (Rev. 12/85) Warrant for Arrest