# UNITED STATES DISTRICT COURT
## for the
## Southern District of Ohio

U.S.A. vs. Sherry Alexander                              Docket Nos. CR 1-99-033 and CR 1-020171

Petition for Action on Conditions of Bond

COMES NOW Mark R. Grawe, United States Probation Officer, presenting an official report upon the conduct of defendant, who was placed on bond by The Honorable Timothy S. Hogan sitting in the Court at Cincinnati, on November 7, 2006, under the following conditions:

1) Not leave the Southern District of Ohio without first obtaining permission from the Court;
2) Not change address without first advising the Clerk of Court, Pretrial Services and the United States Attorney in writing;
3) Appear before the Court in accordance with all notices;
4) Failure to appear may result in an additional criminal charge;
5) Not possess a firearm or any other dangerous weapon;
6) Refrain from excessive use of alcohol and any use or possession of a narcotic drug and other controlled substance unless prescribed by a licensed medical practitioner;
7) Not commit any local, state, or federal crime.

Respectfully presenting petition for action of Court and for cause as follows:

Alexander is currently on Supervised Release for two federal convictions. On November 1, 2006, Judge Beckwith issued a warrant for Alexander's arrest for a Supervised Release Violation. Alexander was arrested on the warrant on November 7, 2006. She appeared before Judge Hogan on November 7, 2006 and was released on a $10,000 unsecured bond with the aforementioned conditions. On December 8, 2006, Alexander submitted a urine sample to her probation officer in Butler County that tested positive for cocaine and methamphetamine. Alexander admitted to using cocaine, but denied using methamphetamine. Furthermore, in early December 2006, Alexander failed to disclose her entire prior criminal history to Dunkin Donuts prior to being hired by the company. As a condition of her Supervised Release, Alexander was ordered to disclose her entire prior criminal history to all potential employers.

PRAYING THAT THE COURT WILL ORDER a warrant for Alexander's arrest so that she can appear and show cause why her bond should not be revoked.

ORDER OF COURT                                          Respectfully,

Considered and ordered this 15Th day of DEC., 2006 and ordered filed and made a part of the records in the above case.

_____             Mark R. Grawe
United States Magistrate Judge                          U.S. Probation Officer

                                                        Place: Cincinnati, Ohio

                                                        Date: December 15, 2006