CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr171

vs

SHERRY ALEXANDER

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:     Maryanne Maffia
Date:               12/21/06

Attorney for USA:          Jeb Terrien
Attorney for Defendant:    Federal Public Defender Richard Smith-Monahan

__✓__ Initial appearance held. Defendant informed of rights and charges. *as to additional bond violations (sic)*

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
      on _____
__✓__ Probable cause hearing held/(waived).  Defendant to appear before District Judge
      _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

_____ Order APPOINTING counsel _____

Remarks:
*Bond revoked + deft detained pending revocation hearing*