## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**UNITED STATES OF AMERICA**

-vs-                                                          **Case No.  CR-1-02-171 (1)**

**SHERRY ALEXANDER**

_____

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this

Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and

because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named

defendant in this case. The defendant may be required to contribute to the cost of this representation

depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on December 21, 2006.

                                           _____
                                           TIMOTHY S. BLACK
                                           UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender
Sherry Alexander