United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff

vs.                                          1:02cr171

SHERRY ALEXANDER,
    Defendant                      **ORDER REVOKING BOND**

On 12/21/06, the Court held a bond revocation hearing pursuant to a petition to revoke defendant's bond. Counsel for defendant was present. The Court finds that there has been a violation and that the Defendant's bond is therefore REVOKED, and she is ORDERED DETAINED pending the violation hearing of this matter.

    IT IS SO ORDERED.

Date: 12/21/06

                                      Timothy S. Black
                                      United States Magistrate Judge