AO 442   (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **OHIO (WESTERN DIVISION)**

UNITED STATES OF AMERICA

V.

SHERRY ALEXANDER

## WARRANT FOR ARREST

Case Number: 1:99cr033 and 1:02cr171

**FILED**
DEC 28 2006
JAMES BONINI, Clerk
CINCINNATI, OHIO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **SHERRY ALEXANDER**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

see attached

in violation of Title _____ United States Code, Section(s) _____

TIMOTHY S. HOGAN
Name of Issuing Officer

*Timothy S. Hogan* (signature)

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/2006   Cincinnati, Ohio
Date              Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

3 SIRONA DR #5 HAMILTON OH 45013

DATE RECEIVED: 12/18/06
DATE OF ARREST: 12/21/06

NAME AND TITLE OF ARRESTING OFFICER: BRAD MONEY DUSM

SIGNATURE OF ARRESTING OFFICER: [signature] 5058