UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

07 FEB 21 PM 12:17

**United States of America**

vs.         Case Nos. 1:99-cr-33 & 1:02-cr-171

**Sherry Alexander**

## CRIMINAL MINUTES - *Sentencing on Revocation*
(9:13 - 9:56)

U.S. ATTORNEY PRESENT: Jeb T. Terrien

COUNSEL FOR DEFENDANT: Richard W. Smith-Monahan

PROBATION OFFICER: Mark R. Grawe

Waiver of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of: Indictment _____   Information _____

Statement of Agent _____

Defendant pleads: **GUILTY** _____

   **NOT GUILTY** _____

   **NOLO CONTENDERE** _____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time ___✓___

Defendant moves to withdraw original plea of Not Guilty and enter a plea of Guilty - Motion is Granted _____

**REMARKS:** Revocation hearing held. Father, Ralph Smith speaks on behalf of Deft. Supervised Release is REVOKED.

SENTENCE: Committed to the U.S Bureau of prisons. Imprisoned for 6 mos in case 1:99-cr-33 and 24 mos in case 1:02-cr-171. Terms of imprisonment to be served consecutively. $200.00 Assessment. $46,338.18 Restitution. No fine. No Supervised Release will be granted. △ moves for terms of imprisonment to run concurrently. Court Denies motion. Counsel will file a notice of Appeal if necessary.

**Court Personnel**

Honorable: Sandra S. Beckwith, Chief Judge

Deputy Clerk: ~~Mary Brown~~ Temparin Thomas

Court Reporter: Mary Ann Ranz (Official)

Date: Wednesday, February 21, 2007

2