UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,            :

        Plaintiff,                :        Case No.  1:02CR171

      vs.                            :        Chief  Judge Beckwith

SHERRY ALEXANDER,                    :

      Defendant.                  :

**NOTICE OF APPEAL**

Notice is hereby given that Defendant, Sherry Alexander, hereby appeals to the

United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action

on February 21, 2007.

FILED BY DEFENDANT COUNSEL:

STEVEN S. NOLDER,
FEDERAL PUBLIC DEFENDER

*s/ Richard Smith-Monahan*
Richard Smith-Monahan (0065648)
First Assistant Federal Public Defender
36 East Seventh Street, Suite 2000
Cincinnati, Ohio 45202
(513) 929-4834

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was duly served upon Jeb Terrien,
Assistant United States Attorney, by electronic court filing, this 2nd day of March, 2007.

*s/ Richard Smith-Monahan*
Richard Smith-Monahan