AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
JAMES BONINI
CLERK

07 FEB 21 AM 10:19

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN CINCINNATI

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO

UNITED STATES OF AMERICA
V.

SHERRY ALEXANDER

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

Case Number: 1:99-CR-033, 1:02-CR-171
USM Number: 03168-061

Richard Smith-Monahan
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  one through seven  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to report to the probation officer and failure to submit reports | |
| Two | Failure to answer inquiries truthfully and failure to follow instructions | |
| Three | Commission of a state crime | |
| Four | Failure to participate in mental health and substance abuse counseling | |
| Five | Failure to pay restitution | |
| Six | Illegal use of controlled substances | |
| Seven | Failure to disclose criminal history to prospective employers | |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:
_____

Defendant's Mailing Address:
_____

February 21, 2007
Date of Imposition of Judgment

_____
Signature of Judge

Sandra S. Beckwith, Chief Judge
Name and Title of Judge

February 21, 2007
Date

I certify that this is a true and correct copy of the original filed in my Office on 2/21/07.
JAMES BONINI, CLERK
BY: _____  Deputy Clerk  2/21/07

*Please execute and return in the attached envelope

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
          · Sheet 2— Imprisonment

Judgment — Page _____ of _____

DEFENDANT:      SHERRY ALEXANDER
CASE NUMBER:    1:99-CR-33, 1:02-CR-171

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
SIX (6) MONTHS, in Case No. 1:99-CR-33, and TWENTY-FOUR (24) MONTHS, in Case No. 1:02-CR-171, the terms of imprisonment to be served consecutively.

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _May 14, 2007_ to _FFF Hazelton_
a _Bruceton Mills, WV_ with a certified copy of this judgment.

_R. Martinez, Warden_
UNITED STATES MARSHAL

By _____ 150
DEPUTY UNITED STATES MARSHAL