UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 07-3294

_____

Filed: July 01, 2008

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

SHERRY ALEXANDER,

      Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 06/09/2008 the mandate for this case hereby issues today.

COSTS: None

Filing Fee ........................$
Printing ..........................$

      Total ...................$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 01, 2008

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

      Re: Case No. 07-3294, *USA v. Alexander*
           Originating Case No. : 02-00171

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                  Sincerely yours,

                                  s/Michelle M. Davis
                                  Case Manager
                                  Direct Dial No. 513-564-7025
                                  Fax No. 513-564-7098

cc: Mr. Richard W. Smith-Monahan
    Mr. Jeb T. Terrien
    Honorable Sandra S. Beckwith

Enclosure